**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

**KAUFMAN DOLOWICH & VOLUCK, LLP**
BY   RICHARD J. PERR, ESQUIRE
     MONICA M. LITTMAN, ESQUIRE
Four Penn Center
1600 John F. Kennedy Blvd., Suite 1030
Philadelphia, PA 19103
Telephone: (215) 501-7002
Facsimile: (215) 405-2973
rperr@kdvlaw.com; mlittman@kdvlaw.com
Attorneys for Defendant Simon's Agency, Inc.

_____

| | | |
|---|---|---|
| JOHN B. ZELLER, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| v. | : | NO. |
| | : | |
| SIMON'S AGENCY, INC. and | : | |
| JOHN DOES 1 to 10, | : | |
| Defendants. | : | |

_____:

**NOTICE OF REMOVAL**

Defendant SIMON'S AGENCY, INC. ("Defendant"), by its undersigned counsel, hereby petitions this Court as follows, pursuant to 28 U.S.C. § 1441(a):

1.    SIMON'S AGENCY, INC. is a defendant in an action pending in the Superior Court of New Jersey, Law Division, Monmouth County, Docket No. MON-L-2-22 ("the State Court Action"). A true and correct copy of the Summons and Complaint in the State Court Action is attached hereto as Exhibit "A".

2. Plaintiff in the State Court Action is JOHN B. ZELLER ("Plaintiff"). See Exhibit "A".

3. Plaintiff's State Court Action alleges violations of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, *et seq*.

4. The State Court Action involves a question of federal law. Pursuant to 28 U.S.C. § 1331, "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

5. Pursuant to 28 U.S.C. § 1441(a), "[a]ny civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

6. Since this case arises out of alleged violations of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, *et seq*., Defendant may properly remove the State Court Action to this Court based on 28 U.S.C. § 1441(a).

7. This Notice has been filed with the Court within thirty (30) days after Defendant was served with the Complaint on January 14, 2022 in the State Court Action. A true and correct copy of the Affidavit of Service in the State Court Action is attached hereto as Exhibit "B".

8. Defendant attaches to this Notice of Removal a copy of all process, pleadings, and other documents filed in the State Court Action hereto as follows:

    a. Exhibit A – Summons and Complaint;

    b. Exhibit B – Affidavit of Service;

    c. Exhibit C – Track Assignment Notice;

    d. Exhibit D – Order to Remove Case from Complex Business Litigation Program; and

    e. Exhibit E - Superior Court –Monmouth County, New Jersey Docket MON-L-2-22.

9. Defendant is serving contemporaneously with this filing a copy of this Notice of Removal upon Plaintiff. Defendant will also file with the Superior Court of New Jersey, Law Division, Monmouth County, a Notice of Removal, as required by 28 U.S.C. § 1446(d).

WHEREFORE, Defendant SIMON'S AGENCY, INC., prays that the State Court Action be removed from the Superior Court of New Jersey, Law Division, Monmouth County, Docket No. MON-L-2-22, to this Court for proper and just determination.

                        Respectfully Submitted:

                        **KAUFMAN DOLOWICH & VOLUCK, LLP**

              By:   /s/    Richard J. Perr
                        RICHARD J. PERR, ESQUIRE
                        MONICA M. LITTMAN, ESQUIRE
                        Four Penn Center
                        1600 John F. Kennedy Blvd., Suite 1030
                        Philadelphia, PA 19103
                        Telephone: (215) 501-7002
                        Facsimile: (215) 405-2973
                        rperr@kdvlaw.com; mlittman@kdvlaw.com
                        Attorneys for Defendant Simon's Agency, Inc.

Dated: February 11, 2022

## CERTIFICATE OF SERVICE

I, RICHARD J. PERR, ESQUIRE, hereby certify that on or about this date, I served a true and correct copy of the foregoing via first class mail, postage prepaid, and email on the following:

> Yongmoon Kim, Esquire
> Kim Law Firm LLC
> 411 Hackensack Avenue, Suite 701
> Hackensack, NJ  07601
> ykim@kimlf.com
> Attorney for Plaintiff

>                 /s/ Richard J. Perr
>                 RICHARD J. PERR

Dated:  February 11, 2022

4862-0593-2043, v. 1